# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Harlando Omar Carr | )<br>)<br>)<br>) Case No: 5:96-CR-20-1H<br>) |
| Date of Original Judgment: August 14, 1996<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | ) USM No: 16322-056<br>)<br>) Robert Waters<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
 ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___292___ months **is reduced to** ___151 months___

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated ___August 14, 1996___ shall remain in effect. **IT IS SO ORDERED.**

Order Date:   7/8/15                     *Judge's signature*

Effective Date:   November 1, 2015              Malcolm J. Howard, Senior U.S. District Judge
 *(if different from order date)*                *Printed name and title*