UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Harlando Omar Carr            Docket No. 5:96-CR-20-1H

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Harlando Omar Carr, who, upon an earlier plea of guilty to Possession with Intent to Distribute Cocaine Base (Crack) and Aiding and Abetting, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 14, 1996, to the custody of the Bureau of Prisons for a term of 292 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On July 8, 2015, the defendant's period of imprisonment was reduced from 292 months to 151 months. All other conditions of the original judgment remained the same.

Harlando Omar Carr was released from custody on October 30, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 20, 2017, during contact with the defendant at his residence, the defendant submitted a drug screen that returned from the lab positive for the use of cocaine. When questioned on January 3, 2018, regarding the validity of the test, the defendant stated he had used cocaine. As a result of the defendant's admission, he has been placed in the Surprise Urinalysis Program and referred for a substance abuse assessment and treatment. Additionally, it is recommended the defendant participate in a cognitive behavioral program in order to address his current thoughts, look at his past thoughts and behaviors, and move forward with the development of new thoughts and behaviors. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: January 9, 2018 |

Harlando Omar Carr
Docket No. 5:96-CR-20-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___10th___ day of ___January___, 2018, and ordered filed and made a part of the records in the above case.

_/s/ Malcolm J. Howard_
Malcolm J. Howard
Senior U.S. District Judge