IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:96-CR-20-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HARLANDO OMAR CARR, ) | |
| ) | |
| Defendant. ) | |

On August 6, 2021, Harlando Omar Carr moved for a sentence correction. See [D.E. 152].

The United States shall file a response not later than November 5, 2021.

SO ORDERED. This 18 day of October, 2021.

JAMES C. DEVER III
United States District Judge