IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:96-CR-20-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HARLANDO OMAR CARR, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the government's response in opposition [D.E. 156], the court DENIES defendant's motion for sentence correction [D.E. 152].

SO ORDERED. This 17 day of December, 2021.

JAMES C. DEVER III
United States District Judge